# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

**FILED**

1:16 pm Jul 20 2026
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

United States of America
v.

Robert Ray Mitchell

)
)
)
)
)
)
)
)

Case No.    1:26mj9169

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 17, 2026 _____ in the county of _____ Cuyahoga _____ in the

___ Northern ___ District of _____ Ohio _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) &(b)(1)(C) | Possession with Intent to Distribute Cocaine |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Annabelle Colon, DEA
*Printed name and title*

Sworn to via telephone after submission by reliable
electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 7/20/2026 at 11:50 a.m.

_____
*Judge's signature*

City and state:    Cleveland, Ohio

Jennifer Dowdell Armstrong, U.S. Magistrate Judge
*Printed name and title*