AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

**FILED**

JUL 2 1 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| United States of America<br>v.<br><br>Robert Ray Mitchell<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)    Case No.    1:26mj9169 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Robert Ray Mitchell _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

    21 U.S.C § 841(a)(1) and (b)(1)(C): Possession with Intent to Distribute Cocaine

Date: 7/20/2026 at 11:50 a.m. _____

                                                       *Issuing officer's signature*

City and state:     Cleveland, Ohio _____

                              Jennifer Dowdell Armstrong, U.S. Magistrate Judge
                                        *Printed name and title*

### Return

This warrant was received on *(date)* 7-20-26 , and the person was arrested on *(date)* 7-20-26
at *(city and state)*     Cleveland, OH _____ .

Date: July 20, 2026 _____

                                        *Arresting officer's signature*

                            SA Annabelle Colon/DEA
                                          *Printed name and title*